UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| SERENA RUIZ, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Case No. 1:26-cv-24 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| BRIAN GOTTLIEB, | ) | Magistrate Judge Michael J. Dumitru |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On February 3, 2026, U.S. Magistrate Judge Michael J. Dumitru filed a report and recommendation that the Court dismiss Plaintiff's claims and close this case (Doc. 7). Magistrate Judge Dumitru also recommended Plaintiff's motion to leave to proceed *in forma pauperis* (Doc. 1) be denied as moot. (Doc. 7.) No party filed a timely objection to the report and recommendation.

After reviewing the report and recommendation, the Court agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 7). Plaintiff's claims are **DISMISSED without prejudice**. Plaintiff's motion to leave to proceed *in forma pauperis* is **DENIED** as moot. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**